UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOUGLAS CONES<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO.: 1:19-CV-216-LY |
| Ronald Kelly<br>*Defendant*. | §<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND REQUEST TO ENTER ORDER OF DISMISSAL

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Douglas Cones, and Defendant, Ronald Kelly, (collectively "the Parties"), hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff no longer desires to pursue this suit against Defendant, and desires to dismiss all of his claims in this suit with prejudice to refiling same.

WHEREFORE, the Parties request the Court to dismiss all causes of action against Defendant, with prejudice to refiling the same.

{00723778}

Respectfully Submitted,

**THE MELTON LAW FIRM, PLLC**
925 South Capital of Texas Highway, Suite B225
Austin, Texas 78746
Phone: 512-330-0017
Fax: 512-330-0067

_____
John F. Melton
State Bar No. 24013155
jmelton@jfmeltonlaw.com
*Counsel for Plaintiff*

*AND*

**VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.**
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Phone: 210–598–8686
Fax: 210–598–8797

*/s/ Jenna S. Ard*
_____
**Robert E. Valdez**
State Bar No. 20428100
revaldez@valdeztrevino.com
**Jenna S. Ard**
State Bar No. 24122143
jard@valdeztrevino.com
*Counsel for Defendant*

{00723778}

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel this 4 th day of October, 2021, pursuant to Rule 5 of the Federal Rules of Civil Procedure.

_/s/ Jenna S. Ard_
**Jenna S. Ard**

{00723778}