IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOUGLAS CONES, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-216-LY |
| | § | |
| RONALD KELLY, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On October 4, 2021, the parties filed a Joint Stipulation of Dismissal with Prejudice and Request to Enter Order of Dismissal (Doc. #91) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _5th_ day of October, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE